IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| BENJAMIN & FLOSSIE E YOUNG | CASE NO. 06-10380 NLJ |
| Debtor(s). | |

COMPELETED

---
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
---

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 03/01/2010 | 922771 | BENJAMIN YOUNG | 14501 TURKEY HILL NEWALLA, OK 74857 | $ 90.58 |
| 03/22/2010 | 031619 | BENJAMIN YOUNG | 14501 TURKEY HILL NEWALLA, OK 74857 | $ 118.18 |

DATED: 08/23/2010

/s/ John Hardeman
_____

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#334/LB